UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| PEOPLE OF THE STATE OF MICHIGAN,  )<br>          Plaintiff,                              )<br>                                                      )     No. 1:12-cv-189<br>-v-                                                 )<br>                                                      )     HONORABLE PAUL L. MALONEY<br>DINA DOMINIQUE,                         )<br>          Defendant.                            )<br>_____) | |

### JUDGMENT

This action has been remanded to the Circuit Court for Ingham County, Michigan, for lack of jurisdiction.  Therefore, under Fed. R. Civ. P. 58, **JUDGMENT** enters in favor of Plaintiff and against Defendant.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  March 8, 2012                                              /s/ Paul L. Maloney
                                                                              Paul L. Maloney
                                                                              Chief United States District Judge