UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| PEOPLE OF THE STATE OF MICHIGAN, )<br>         Plaintiff, )<br> )<br>-v- )<br> )<br>DINA DOMINIQUE, )<br>         Defendant. )<br>_____) | No. 1:12-cv-189<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

This action has been remanded to the Circuit Court for Ingham County, Michigan, for lack of jurisdiction.  Therefore, under Fed. R. Civ. P. 58, **JUDGMENT** enters in favor of Plaintiff and against Defendant.

    **THIS ACTION IS TERMINATED.**

    **IT IS SO ORDERED.**

Date:   March 8, 2012                                                           /s/ Paul L. Maloney             
                                                                                         Paul L. Maloney
                                                                                         Chief United States District Judge